STEPHEN A. SCOTT (SBN 67467)
RYAN Z. KELLER (SBN 249193)
HAYES SCOTT BONINO ELLINGSON &
McLAY, LLP
203 Redwood Shores Pkwy., Ste. 480
Redwood City, California  94065
Telephone:  650.637.9100
Facsimile:  650.637.8071

Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA


MICHAEL M. POLLAK (SBN 90327)
POLLAK, VIDA & FISHER
11150 W. Olympic Boulevard, Suite 980
Los Angeles, California  90064
Telephone (310) 551-3400
Facsimile  (310) 551-1036

Attorneys for Plaintiff
EXCALIBUR WELL SERVICES
CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXCALIBUR WELL SERVICES CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.: 1:13-CV-01221-AWI-JLT<br><br>[Formerly Kern County Superior Court  Action No. S-1500-CV 279751 DRL]<br><br>**STIPULATION OF DISMISSAL; ORDER**<br>**[Fed. Rule Civ. Proc., Rule 41(a)(1)** |

    **IT IS HEREBY STIPULATED** that Plaintiff Excalibur Well Services

Corporation's claims against Defendant National Union Fire Insurance Company of

1  Pittsburgh, PA be DISMISSED WITH PREJUDICE pursuant to Federal Rules of

2  Civil Procedure, rule 41(a)(1), each party to bear their own fees and costs.

3

4

5  Date:  October ____, 2013          POLLAK, VIDA & FISHER

6

7                                     By_____
                                        MICHAEL POLLAK
8                                       Attorneys for Plaintiff
                                        EXCALIBUR WELL SERVICES
9                                       CORPORATION

10  Date:  October ____, 2013          HAYES SCOTT BONINO ELLINGSON &

11                                     McLAY, LLP

12

13                                     By  /s/ Stephen A. Scott, Esq.____
14                                        STEPHEN A. SCOTT
                                          RYAN Z. KELLER
15                                        Attorneys for Defendant
                                          NATIONAL UNION FIRE INSURANCE
16                                        COMPANY OF PITTSBURGH, PA

17

18                              **ORDER**

19

20  IT IS SO ORDERED.

21  Dated:  __November 14, 2013__      _____

22                                     ̄SENIOR  DISTRICT  JUDGE

23

24

25

26

27

28

**STIPULATION OF DISMISSAL; [PROPOSED] ORDER – CASE NO.: 1:13-CV-01221-AWI-JLT**