STEPHEN A. SCOTT (SBN 67467)
RYAN Z. KELLER (SBN 249193)
HAYES SCOTT BONINO ELLINGSON &
McLAY, LLP
203 Redwood Shores Pkwy., Ste. 480
Redwood City, California  94065
Telephone:  650.637.9100
Facsimile:  650.637.8071

Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA


MICHAEL M. POLLAK (SBN 90327)
POLLAK, VIDA & FISHER
11150 W. Olympic Boulevard, Suite 980
Los Angeles, California  90064
Telephone (310) 551-3400
Facsimile  (310) 551-1036

Attorneys for Plaintiff
EXCALIBUR WELL SERVICES
CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXCALIBUR WELL SERVICES CORPORATION,<br><br>            Plaintiff,<br><br>    v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No.: 1:13-CV-01221-AWI-JLT<br><br>[Formerly Kern County Superior Court  Action No. S-1500-CV 279751 DRL]<br><br>**STIPULATION OF DISMISSAL; ORDER**<br>**[Fed. Rule Civ. Proc., Rule 41(a)(1)** |

**IT IS HEREBY STIPULATED** that Plaintiff Excalibur Well Services Corporation's claims against Defendant National Union Fire Insurance Company of

Pittsburgh, PA be DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, rule 41(a)(1), each party to bear their own fees and costs.

Date:  October ____, 2013          POLLAK, VIDA & FISHER

By_____
MICHAEL POLLAK
Attorneys for Plaintiff
EXCALIBUR WELL SERVICES CORPORATION

Date:  October ____, 2013          HAYES SCOTT BONINO ELLINGSON & McLAY, LLP

By  /s/ Stephen A. Scott, Esq.
STEPHEN A. SCOTT
RYAN Z. KELLER
Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

**ORDER**

IT IS SO ORDERED.

Dated:  November 14, 2013          _____
SENIOR DISTRICT JUDGE